In re
WILLIAM CHARLES WALSH and
COLLEEN RAE WALSH,
          Debtors.

Case No. 20-27412-RMB
Chapter 13

# NOTICE OF MOTION AND MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN ON LIMITED NOTICE

Pursuant to 11 U.S.C. §1329(a)(1) and Fed. R. Bank. P. 3015(h) the trustee moves to (1) modify Part 5.1 of the confirmed chapter 13 plan to increase the amount being paid to allowed nonpriority unsecured claims and (2) limit notice of that motion.

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

The trustee moves to modify Part 5.1 of the confirmed chapter 13 plan to increase payments to holders of allowed nonpriority unsecured claims because the plan is sufficiently funded to pay the proposed increased amount without any change in payments or plan duration. Accordingly, the trustee requests the following be added to Part 5.1 of the confirmed plan as follows:

> **5.1 Nonpriority unsecured claims not separately classified.**
>
> In addition to funds already provided, the trustee will pay holders of allowed nonpriority unsecured claims any funds remaining after paying other disbursements made in accordance with part 7.2 of the plan until either the applicable commitment period as provided in part 2.1 is reached or those claimholders are paid in full, whichever comes first.

The trustee requests no other modifications to the confirmed plan.

\* \* \* \*

## MOTION TO LIMIT NOTICE

The trustee's motion to modify the confirmed plan is not expected to have an adverse effect on any party in interest or creditor. Accordingly, the trustee requests that the court limit notice of this motion to those parties who receive automated electronic notice through the court's ECF system and the debtor by first class mail. **Any objection to this motion must be filed no later than 21 days after the date on which this motion is filed**.

By Trustee

By: _____

Scott Lieske, Trustee

Christopher D. Schimke, Staff Attorney

Kyle R. Knutson, Staff Attorney

Judith L. Du Sell, Staff Attorney

## NOTICE OF MOTION

**To all creditors and parties in interest that receive electronic notice: Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want the court to consider your views on this motion modifying the confirmed plan, then on or before **21 days after the date on which this motion is filed**, you or your attorney must file an objection with:

Clerk, United States Bankruptcy Court

517 East Wisconsin Avenue

Room 126

Milwaukee, WI 53202

in time for its receipt by 21 days after the date of filing of this motion.

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the **NOTICE OF MOTION AND MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN ON LIMITED NOTICE** in this case was electronically filed with the Clerk of Court and served upon the parties in interest who accept electronic service received a copy of the Court's CM/ECF system on the date of the electronic signature affixed hereto.

In addition, I further certify that I have mailed by United States Postal Service the same document to the following non-ECF participants:

>WILLIAM CHARLES WALSH & COLLEEN RAE WALSH
>1517 S. ARCH STREET
>JANESVILLE, WI 53546-

/s/_____
Sarah Muehl
Administrative Assistant
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T:  (414) 271-3943
F:  (414) 271-9344